# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No.: 3:21-CR-0853-JLS |
| Plaintiff, | ) ) ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | ) ) | |
| FERNANDO GOMEZ-CERVERA | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the the Motion Hearing/Trial Setting in this matter shall be continued from April 23, 2021 to May 7, 2021 at 1:30 PM.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 19, 2021

Hon. Janis L. Sammartino
United States District Judge